| Date | Pleading Number | |
|---|---|---|
| 9/29/75 | 1 | MOTION & BRIEF -- Brandywine Assoicates to transfer actions under Section 1407 |
| ~~10/3/75~~ | ~~XXXX~~ | SUGGESTED TRANSFEREEE DISTRICT: E.D. Pennsylvania |
| 10/3/75 | 2 | MOVANT'S AMENDED BRIEF w/cert. of service |
| 10/9/75 | | HEARING ORDER setting A-1 through A-3 for oral hearing October ~~29, 1975~~ Orlando, Florida |
| 10/14/75 | 3 | RESPONSE -- CERTAIN TEED PRODUCTS CORP., MALCOLM MEYER, BRYON C. RADAKER w/cert. of service |
| 10/14/75 | 4 | RESPONSE -- CBT REALTY AND CONNECTICUT BANK AND TRUST CO. w/cert. of service |
| 10/14/75 | | APPEARANCES --BRANDYWINE ASSOCIATES, HARRY L. DEVOE JR., TRUSTEE, Edward C. German, VALLEY FORGE CORP., VFC MANAGEMENT CORP., NORMAN J. SPECTOR, WILLIAM J. MCLAUGHLIN, BARRY C. BURKHOLDER, Dennis V. Brenan, Esq., CBT REALTY CORP., CONNECTICUT BANK AND TRUST CO., Edward Greer; CERTAIN-TEED PRODUCTS CORP., MALCOLM MEYER, BYRON RADAKER, EDWARD A. DIEFENBACH, Barbara W. Mather, Esq., THOMAS W. L. CAMERON, Joseph Neff Ewing, Jr., Esq., HARRY L. DEVOE, JR., Alan M. Lerner, Esq. |
| 10/15/75 | 5 | RESPONSE --VFC MANAGEMENT CORP., MATADOR MOTOR INNS, INC. BARRY BURKHOLDER, WILLIAM J. MCLAUGHLIN AND NORMAN J. SPECTOR w/certificate of service |
| 10/17/75 | | AMENDMENT TO HEARING ORDER to add Motion of CBT and Connecticut Bank and Trust Co. to say consideration of the motion of Brandywine Associates. |
| 10/21/75 | | APPEARANCE -- L. CARTER ANDERSON, ESQ. for Builders Investment Group. |
| 10/21/75 | 6 | RESPONSE -- BUILDERS INVESTMENT GROUP w/cert. of service |
| 10/28/75 | | APPEARANCE -- THOMAS W. L. CAMERON represented by A. John May, Esq. |
| 10/31/75 | | APPEARANCE -- WILLIAM H. MILLER, Herman J. Obert, Esquire |
| 11/3/75 | | FILED IN OPEN COURT -- ORGANIZATIONAL CHART |
| 11/25/75 | | APPEARANCE -- Substitution of Mr. Seymour I. Toll - deletion of Mr. Denis V. Brenan, et al., for Valley Forge Corp., VFC Management Corp., Matador Motor Inns, Inc., Norman J. Spector, William J. McLaughlin and Barry C. Burkholder |
| 12/9/75 | | APPEARANCE -- Substitution of Blank, Rome, Klaus & Comisky -- deletion of Messrs. Robert W. Sayre and L. Carter Anderson for defendants Builders Investment Group and Clement H. Darby |
| 2/9/76 | | OPINION AND ORDER DENYING TRANSFER OF ACTIONS UNDER 28 USC §1407 |

## Description of Litigation

MDL DOCKET NO. 228 -- IN RE BRANDYWINE ASSOCIATES ANTITRUST AND MORTGAGE FORECLOSURE LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) 10/29/76

Date(s) of Opinion(s) or Order(s) 2/9/76

Consolidation Ordered ____    Name of Transferee Judge ____

Consolidation Denied XX    Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Brandywine Associates v. Certain-Teed Products Corp., et al. | E.D.Pa. McGlynn | 75-516 | | | | |
| A-2 | CBT Realty Corp. v. Brandywine Associates, et al. | E.D.Ill Wise | CV754-084 | | | | |
| A-3 | CBT Realty Corp. v. Devoe, et al. | N.D.Fla Stafford | CCA 75-20 | | | | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 228 -- IN RE BRANDYWINE ASSOCIATES ANTITRUST AND MORTGAGE FORECLOSURE LITIGATION

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| BRANDYWINE ASSOCIATES<br>HARRY L. DEVOE, JR. (Trustee)<br>Edward C. German, Esquire<br>LaBrum and Doak<br>1500 Seven Penn Center Plaza<br>Philadelphia, Pa. 19103<br><br>VALLEY FORGE CORP.<br>VFC MANAGEMENT CORP.<br>MATADOR MOTOR INNS, INC.<br>NORMAN J. SPECTOR<br>WILLIAM J. MCLAUGHLIN<br>BARRY C. BURKHOLDER<br>Seymour I. Toll, Esquire<br>Toll & Ebby<br>20th Floor, 1845 Walnut St.<br>Philadelphia, Pa. 19103<br><br>CBT REALTY CORP.<br>CONNECTICUT BANK AND TRUST CO.<br>Edward Greer, Esquire<br>Mesirov, Gelman, Jaffe & Cramer<br>1510 The Fidelity Building<br>Philadelphia, Pa. 19109<br><br>CERTAIN-TEED PRODUCTS CORP.<br>MALCOLM MEYER<br>BYRON RADAKER<br>EDWARD A. DIEFENBACH<br>Barbara W. Mather, Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Building<br>Philadelphia, Pa. 19109<br><br>THOMAS W. L. CAMERON<br>A. John May, Esquire<br>1600 Land Title Bldg.<br>Philadelphia, Penna. 19110<br><br>HARRY L. DEVOE, JR. (Individually)<br>Alan M. Lerner, Esquire<br>Cohen, Shapiro, Polisher, Shiekman<br>  and Cohen<br>PSFS Building, 22nd Floor<br>12 S. 12th Street<br>Philadelphia, Pa. 19107 | JAMES A. PARKER<br>Howard Gittis, Esquire<br>12th Floor, Packard Building<br>Philadelphia, Pa. 19102<br><br>BUILDERS INVESTMENT GROUP<br>CLEMENT H. DARBY<br>Gerald Broker, Esquire<br>Blank, Rome, Klaus & Comisky<br>Four Penn Center Plaza<br>Philadelphia, PA 19103<br><br>HERBERT W. TRAYLOR<br>Thomas A. Bergstrom, Esquire<br>Four Penn Centre Plaza<br>Philadelphia, Pa. 19103<br><br>CHARLES L. LADNER<br>Daniel Mungall, Jr., Esquire<br>1300 Two Girard Plaza<br>Philadelphia, Pa.<br><br>WILLIAM H. MILLER<br>Herman J. Obert, Esquire<br>Gibbons, Eustace & Obert<br>1442-44 The Fidelity Bldg.<br>123 S. Broad Street<br>Philadelphia, Pa. 19109 |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 228 -- IN RE BRANDYWINE ASSOCIATES ANTITRUST AND MORTGAGE FORECLOSURE LITIGATION

dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| CERTAIN-TEED PRODUCTS CORP. | A-1 |
| VALLEY FORGE CORP. | A-1 |
| VFC MANAGEMENT CORP. | A-1 |
| MATAGOR MOTOR INNS, INC. | A-1 |
| BUILDERS INVESTMENT GROUP. | A-1 |
| CONNECTICUT BANK AND TRUST CO. | A-1 |
| CBT REALTY CORP. | A-1 |
| BARRY C. BURKHOLDER | A-1 |
| CLEMENT H. DARBY | A-1 |
| EDWARD A. DIEFENBACH | A-1 |

p. _____

| | |
|---|---|
| WILLIAM J. MCLAUGHLIN | A-1 |
| MALCOLM MEYER | A-1 |
| JAMES A. PARKER | A-1 |
| BYRON C. RADAKER | A-1 |
| NORMAN J. SPECTOR | A-1 |
| HERBERT W. TRAYLOR | A-1 |
| HARRY L. DEVOE, JR. | A-1  A-3 |
| THOMAS W. L. CAMERON | A-1 |
| CHARLES L. LADNER | A-1 |
| WILLIAM H. MILLER | A-1 |
| BRANDYWINE ASSOCIATES | A-2  A-3 (A-1 3d pty deft) |

JP Form 3

p. ____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 228 -- _____
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| E. T. SIMONDS CONSTRUCTION CO. | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |